UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22748-CIV-UNGARO/SIMONTON

IN RE: WEST CARIBBEAN AIRWAYS,
S.A., a Colombian corporation, et al.,

_____/

## CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Simonton.

DONE AND ORDERED at Miami, Florida, this **5th** day of March, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Ungaro
U.S. Magistrate Judge Simonton

All counsel of record